IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES LEDBETTER                                       PLAINTIFF

v.                      Case No. 6:17-cv-6038

MIDLAND FUNDING, LLC, ASHLEY
JONES, RACHEL KUPERMAN,
W. ANDERSON WOODFORD, and
LLOYD & MCDANIEL, PLC                                  DEFENDANTS

## **ORDER**

Before the Court is Plaintiff Charles Ledbetter's Joint Stipulation of Dismissal. (ECF No. 8). Plaintiff requests that all of his claims against Defendants Midland Funding, LLC; Ashley Jones; Rachel Kuperman; W. Anderson Woodford; and Lloyd & McDaniel, PLC be dismissed with prejudice, with each party bearing its own costs to the extent not otherwise provided for in the settlement agreement. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by a stipulation of dismissal signed by all parties. The instant stipulation of dismissal is signed by all parties to this matter.

Accordingly, all of Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs to the extent not otherwise provided for in the settlement agreement. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this Order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 30th day of June, 2017.

                                                                       /s/ Susan O. Hickey
                                                                       Susan O. Hickey
                                                                       United States District Judge